UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

**DEAN M. JAVID**,

    Plaintiff,

v.        Civil Action No.: 1:12-cv-1327-LO-JFA

**EXPERIAN IN FORMATION SOLUTIONS, INC.**, *et al.*,

    Defendants.

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Experian Information Solutions, Inc., in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued stock or debt securities to the public or publicly held entities that own ten percent or more of the stock of the said party:

> Experian PLC is the parent company of Experian; (2) Experian PLC owns 100 percent of Experian; (3) Experian PLC is the only publicly-traded entity that directly or indirectly owns Experian; and (4) Experian PLC is publicly traded on the London Stock Exchange.

EXPERIAN INFORMATION SOLUTIONS, INC.

By: /s/ David N. Anthony
    David N. Anthony
    Virginia Bar No. 31696
    *Counsel for Defendant Experian Information Solutions, Inc.*
    TROUTMAN SANDERS LLP
    1001 Haxall Point
    Richmond, Virginia 23219
    Telephone: (804) 697-5410
    Facsimile: (804) 698-5118
    Email: david.anthony@troutmansanders.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 25th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will then send a notification of such filing (NEF) to the following:

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr., Suite 200
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-591-9285
Email: kkelly@siplfirm.com
*Counsel for Plaintiff*

Andrew Joseph Guzzo
Surovell Isaacs Peterson & Levy PLC
4010 University Drive, Second Floor
Fairfax, VA 22030
Telephone: 703-251-5400
Facsimile: 703-541-9205
Email: aguzzo@siplfirm.com
*Counsel for Plaintiff*

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: lenbennett@cox.net
*Counsel for Plaintiff*

Susan Mary Rotkis
Consumer Litigation Associates
763 J Clyde Morris Boulevard, Suite 1A
Newport News, VA 23601
Telephone: 757-930-3660
Facsimile: 757-930-3662
Email: srotkis@clalegal.com
*Counsel for Plaintiff*

Grant Edward Kronenberg
Morris & Morris PC
11 South 12th Street, 5th Floor
Richmond, VA 23218
Telephone: 804-344-6334
Facsimile: 804-344-8359
Email: gkronenberg@morrismorris.com
*Counsel for Trans Union, LLC*

John Willard Montgomery, Jr.
Montgomery & Simpson, LLLP
2116 Dabney Rd., Suite A-1
Richmond, VA 23230
Telephone: (804) 355-8744
Facsimile: 804-355-8748
Email: jmontgomery@jwm-law.com
*Counsel for Equifax Information Services, LLC*

/s/ David N. Anthony
David N. Anthony
Virginia Bar No. 31696
*Counsel for Defendant Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Telephone: (804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutmansanders.com

20267930v1

3